In the Matter of a Temporary Pedestrian Bridge in EAST ONE HUNDRED AND THIRD STREET across Turnbull Avenue and across Tracks of New York Rapid Transit Corporation, in Borough of Brooklyn.

NEW YORK RAPID TRANSIT CORPORATION, Respondent; CITY OF NEW YORK, Appellant.

(Argued September 30, 1936; decided October 20, 1936.)

*Paul Windels, Corporation Counsel (Joseph L. Weiner and Justin O. Reynolds of counsel), for appellant.

*Trabue Carswell, M. B. Hoffman and George D. Yeomans* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.